**Electronically Filed
Supreme Court
SCWC-15-0000445
28-OCT-2016
01:01 PM**

SCWC-15-0000445

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

ASSOCIATION OF APARTMENT OWNERS OF ROYAL ALOHA, a Hawai'i non-profit corporation, Petitioner/Plaintiff-Appellant,
vs.
CERTIFIED MANAGEMENT, INC., a Hawai'i corporation;
CHANEY BROOKS & COMPANY, LLC, a Hawai'i corporation;
MICHAEL DAVID BRUSER, an individual; TOKYO JOE'S, INC.,
a Hawai'i corporation; MICHAEL T. MCCORMACK, individually
and as Trustee under that certain unrecorded Michael T.
McCormack Revocable Living Trust Agreement dated
November 12, 1991; and MICHAEL T. MCCORMACK and SIGNA S.
MCCORMACK, as Co-Trustees of The McCormack Ranch Trust
dated January 6, 2005, Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000445; CIV. NO. 12-1-1019-04)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Association of Apartment Owners of Royal Aloha's application for writ of certiorari filed on September 16, 2016, is hereby rejected.

DATED: Honolulu, Hawai'i, October 28, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



/s/ Michael D. Wilson